UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN WILLIE BARLOW,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>AL K. SCRIBNER, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 03-08895 GPS (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner and Defendant have objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10/5/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE