UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN WILLIE BARLOW,<br><br>              Petitioner,<br><br>  vs.<br><br>AL K. SCRIBNER, WARDEN,<br><br>              Respondent. | CASE NO. CV 03-08895 GPS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Second Amended Petition of HERMAN WILLIE BARLOW for a writ of habeas corpus. Having reviewed the Second Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: 10/5/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE